**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 09-6857**

LARRY MCLEOD PULLEY,

                    Petitioner - Appellant,

          v.

THEODIS BECK,

                    Respondent - Appellee.

**No. 09-6858**

LARRY MCLEOD PULLEY,

                    Petitioner - Appellant,

          v.

THEODIS BECK,

                    Respondent - Appellee.

**No. 09-6859**

LARRY MCLEOD PULLEY,

                    Petitioner - Appellant,

          v.

THEODIS BECK,

                    Respondent - Appellee.

Appeals from the United States District Court for the Middle District of North Carolina, at Greensboro. James A. Beaty, Jr., Chief District Judge. (1:09-cv-00236-JAB-DPD; 1:09-cv-00234-JAB-DPD; 1:09-cv-00215-JAB-DPD)

---

Submitted: August 26, 2009          Decided: September 3, 2009

---

Before TRAXLER, Chief Judge, and GREGORY and SHEDD, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Larry McLeod Pulley, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

2

PER CURIAM:

In these consolidated appeals, Larry McLeod Pulley seeks to appeal the magistrate judge's orders regarding his in forma pauperis status in three 28 U.S.C § 2254 (2006) cases. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2006), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2006); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541 (1949). The orders Pulley seeks to appeal are neither final orders nor appealable interlocutory or collateral orders. Accordingly, we dismiss the appeals for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED